FILED
CLERK, U.S. DISTRICT COURT
MAY - 4 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

1 Name: Nykevia Crenshaw
2 Address: 3103 Mace Avenue
3
4 Phone: 334-530-7531
5 Fax:
6 In Pro Per
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Nykevia Crenshaw

Plaintiff

v.

Christopher Brown

Defendant(s).

CASE NUMBER:
2:21-CV-03901-AB-MAAx

To be supplied by the Clerk of
The United States District Court

Complaint for damages
1. Slander
2. Emotional damages for harassment
3. Assault

Nykevia Crenshaw ("Plantiff") respectfully alleges the following:

## Allegations

1. When the defendant and I (the plantiff) decided to end our relationship, the defendant slandered my name. He referred to me (the plantiff) as a hoe, a stupid bitch, he told secrets of mine that had the potential to ruin my reputation and he said I have the potential to be a better artist with a better reputation than him because of my personality, and he hated that.

CV-126 (09/09)    PLEADING PAGE FOR A COMPLAINT

2. Since the defendant is famous, I asked him to go by another name when conversating with me in front of family (or while family was listening during soul talk), he did not. This mishap caused a negative effect which resulted in me (the plantiff) being alienated from my family.

3. When the defendant and myself (the plantiff) weren't playing message tag on instagram, there was this one occasion where Chris (the defendant) punched me in the face, and I had a busted lip.

4. Our relationship started on Nov. 18th of 2019, we exchanged our first "I love yous" in February of 2020. Once I told him about my federal income tax, he begged me to come see him. I was worried about not having enough to enjoy my trip. When 2021 arrived, he did the same thing. I gave in and when I arrived to the location where we was supposed to meet, he left me at the airport. The only reason I took the trip was because he promised me $400,000 upon arrival. I went home empty handed.

We talked about the lawsuit and decided to settle for $10,400,000.

| PLAINTIFF/PETITIONER: Nykevia Crenshaw | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Christopher Brown | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                           (2) from (city):

   (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** (specify means of service and authorizing code section):

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☐ On behalf of (specify):
      under the following Code of Civil Procedure section:
         ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
         ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
         ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
         ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
         ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**
   a. Name: Nykevia Crenshaw
   b. Address: 8103 Mace Avenue
   c. Telephone number: 334-530-7531
   d. The fee for service was: $ 0
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

_(signature)_   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   _(SIGNATURE)_

- Nykevia Crenshaw

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 2 of 2

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Nykevia Crenshaw<br>3103 Mace Avenue<br>Montgomery, AL<br>TELEPHONE NO.: 334-830-7531  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): Nykeviac@gmail.com<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: Nykevia Crenshaw | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Christopher Brown | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☑ cross-complaint
   f. ☑ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      Christopher Brown
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 19602 Citrus Ridge Drive

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:                (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 4/21/21 from *(city)*: Montgomery   or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

Nykevia Crenshaw
3103 Mace Avenue
Montgomery, AL 36108

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, California 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 4 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

9001283332 C032