UNITED STATES DISTRICT COURT    **JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 21-CV-03901-AB-MAAx | Date: | June 24, 2021 |
|---|---|---|---|

| Title: | *Nkyevia Crenshaw v. Christopher Brown* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEES

On May 14, 2021, this Court denied Plaintiff's Request to Proceed in Forma Pauperis due to an inadequate showing of indigency. Dkt. No. 6. The Court ordered Plaintiff to pay the filing fees in full within 30 days or the case would be dismissed. Dkt. No. 6. Such fees were due on June 14, 2021. To date, no fees have been filed.

Accordingly, the case is hereby **DISMISSED**.

**IT IS SO ORDERED**.